**Service of Process Status Report**

**Date of Report: August 1, 2025**

| Defendant Name | Summonses Issued | Service Attempted | Service Made | Answer Due | Appearance |
|---|---|---|---|---|---|
| UMG Recordings, Inc. | 3/12/2025 | Waived | Waived | 6/10/2025 | 6/10/2025 |
| Carolina Giraldo Navarro | 3/12/2025 | Waived | Waived | 6/10/2025 | 6/10/2025 |
| Edwin Vasquez Vega | 3/12/2025 | 5/29/2025; 5/30/2025 | N/A | N/A | N/A |
| Marvin Hawkins Rodriguez | 3/12/2025 | Waived* | Waived* | ------ | 6/10/2025 |
| Julio Manuel Gonzalez Tavarez | 3/12/2025 | 6/3/2025 | 6/3/2025 | 7/14/2025 | 6/27/2025 |
| Justin Quiles | 3/12/2025 | 6/2/2025; 6/13/2025; 6/14/2025; 6/19/2025 | N/A | N/A | N/A |

**Defendant-Specific Notes**

| | |
|---|---|
| Edwin Vasquez Vega | Waiver request mailed 3/14/2025; response due 4/15/2025; no response received; multiple service attempts made in Dorado, Puerto Rico, but process server denied access |
| Marvin Hawkins Rodriguez | * Waived defenses based on lack of personal jurisdiction, insufficient process, and insufficient service of process by filing answer without asserting such defenses |
| Julio Manuel Gonzalez Tavarez | Service completed and appearance filed by counsel; by Paperless Order dated June 27, 2025, the Court granted consent motion to extend answer/response deadline until July 14, 2025; motion to dismiss filed on July 14, 2025 |
| Justin Quiles | Waiver request mailed 3/14/2025; response due 4/15/2025; no response received; multiple service attempts made in Miami, FL and Northridge, CA |

**General Notes**

By Paperless Order dated June 10, 2025 [CM/ECF Doc. No. 17], the Court granted Plaintiffs' motion for an extension of time to complete service of process, making the current deadline **September 8, 2025.**