UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80338-CIV-DIMITROULEAS

JACK D. HERNANDEZ d/b/a OCEAN VIBES
MUSIC PUBLISHING, and DICK ALFREDO
CABALLERO RODRIGUEZ a/k/a ALFR3D BEATS,

                                                     Magistrate Judge Reinhart

      Plaintiffs,

vs.

UMG RECORDINGS, INC. d/b/a UNIVERSAL
MUSIC GROUP d/b/a UNIVERSAL MUSIC LATINO,
CAROLINA GIRALDO NAVARRO a/k/a KAROL G,
EDWIN VASQUEZ VEGA a/k/a MALDY, MARVIN
HAWKINS RODRIGUEZ a/k/a DJ MAFF, JULIO
MANUEL GONZALEZ TAVAREZ a/k/a LENNY
TAVAREZ, and JUSTIN QUILES,

      Defendants.
_____/

### ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiffs commenced this action on March 12, 2025. [DE 1]. On June 9, 2025, Plaintiffs sought and were granted extensions of time until "no later than September 8, 2025" to serve process upon Defendants Edwin Vasquez Vega and Justin Quiles. [DE 17]. However, there is no indication that Defendants Edwin Vasquez Vega and Justin Quiles have been served.

1

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **September 16, 2025**, Plaintiffs shall either perfect service upon Defendants Edwin Vasquez Vega and Justin Quiles, show that service has already been made, or show good cause why service has not been perfected. Failure to timely respond will result in immediate dismissal of these Defendants without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record