UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-80338-DIMITROULEAS/REINHART

JACK D. HERNANDEZ d/b/a OCEAN VIBES
MUSIC PUBLISHING, and DICK ALFREDO
CABALLERO RODRIGUEZ a/k/a ALFR3D BEATS,

                      Plaintiffs,

-against-

UMG RECORDINGS, INC. d/b/a UNIVERSAL
MUSIC GROUP d/b/a UNIVERSAL MUSIC LATINO,
CAROLINA GIRALDO NAVARRO a/k/a KAROL G,
EDWIN VASQUEZ VEGA a/k/a MALDY, MARVIN
HAWKINS RODRIGUEZ a/k/a DJ MAFF, JULIO
MANUEL GONZALEZ TAVAREZ a/k/a LENNY
TAVAREZ, and JUSTIN QUILES,

                      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS EDWIN VASQUEZ VEGA AND JUSTIN QUILES ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Jack D. Hernandez d/b/a Ocean Vibes Music Publishing and Dick Alfredo Caballero Rodriguez a/k/a Alfr3d Beats (collectively, "Plaintiffs"), by and through their attorneys, hereby dismiss, without prejudice, all claims and/or causes of action asserted in the above-captioned action as to Defendants Edwin Vasquez Vega a/k/a Maldy and Jusin Quiles only.

Dated: West Palm Beach, FL
        September 16, 2025

McLAUGHLIN & STERN PLLC

By:    */s/ Neil B. Solomon*
      Neil B. Solomon, Esq.

525 Okeechobee Blvd., Suite 1700
West Palm Beach, FL 33401
Tel.: (561) 659-4020
nsolomon@mclaughlinstern.com

McLAUGHLIN & STERN, LLP
Chester R. Ostrowski, Esq.*
Charles F. Kellett, Esq.*
260 Madison Avenue
New York, NY 10016
Tel.: (212) 448-1100
costrowski@mclaughlinstern.com
ckellett@mclaughlinstern.com
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Jack D. Hernandez d/b/a Ocean Vibes Music Publishing and Dick Alfredo Caballero Rodriguez a/k/a Alfr3d Beats*