**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No.: 9:25-cv-80338-DIMITROULEAS/REINHART**

JACK D. HERNANDEZ d/b/a OCEAN VIBES MUSIC PUBLISHING, and DICK ALFREDO CABALLERO RODRIGUEZ a/k/a ALFR3D BEATS,

Plaintiffs,

v.

UMG RECORDINGS, INC. d/b/a UNIVERSAL MUSIC GROUP d/b/a UNIVERSAL MUSIC LATINO, CAROLINA GIRALDO NAVARRO a/k/a KAROL G, EDWIN VASQUEZ VEGA a/k/a MALDY, MARVIN HAWKINS RODRIGUEZ a/k/a DJ MAFF, JULIO MANUEL GONZALEZ TAVAREZ a/k/a LENNY TAVEREZ, and JUSTIN QUILES,

Defendants.
_______________________________________/

**DECLARATION OF DR. JOE BENNETT**

I, Dr. Joe Bennett, declare as follows:

1. I am over 18 years of age and am competent to give testimony in this matter.

2. I am a forensic musicologist with 17 years of experience in analyzing, transcribing and evaluating musical works.

3. I am currently a professor at Berklee College of Music in Boston, Massachusetts and the resident musicologist for BBC Radio in the United Kingdom and internationally.

4. I have written and co-written published books and peer-reviewed journal articles regarding music analysis, methodologies in music research, and other scholarly areas related to music.

5. I was engaged to analyze and address the allegations in the Complaint concerning the allegedsimilarities between the works entitled "Punto G" and "Gatúbela" as well as the contention that the similarities contained in the works cannot be explained by prior art.

6. I prepared an expert report (the "Report") containing my musicological analysis of the compositions in "Punto G" and "Gatúbela." Attached as **Exhibit 1** is a true and accurate copy of the Report.

7. The information contained in the Report is true and correct to the best of my knowledge and belief.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Dated: January 03, 2026

Dr. Joe Bennett