UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.: 9:25-cv-80338-Dimitrouleas/Reinhart

JACK D. HERNANDEZ d/b/a OCEAN VIBES
MUSIC PUBLISHING, and DICK ALFREDO
CABALLERO RODRIGUEZ a/k/a ALFR3D
BEATS,

        Plaintiffs,

v.

UMG RECORDINGS, INC. d/b/a UNIVERSAL
MUSIC GROUP d/b/a UNIVERSAL MUSIC
LATINO, CAROLINA GIRALDO NAVARRO
a/k/a KAROL G, EDWIN VASQUEZ VEGA a/k/a
MALDY, MARVIN HAWKINS RODRIGUEZ
a/k/a DJ MAFF, JULIO MANUEL GONZALEZ
TAVAREZ a/k/a LENNY TAVEREZ, and JUSTIN
QUILES,

        Defendants.
_____/

## DEFENDANTS' MOTION TO CONVENTIONALLY FILE AUDIO FILES

Defendants UMG Recordings, Inc., Carolina Giraldo Navarro *p/k/a* "Karol G," and Marvin Hawkins Rodriguez *p/k/a* "DJ Maff" (collectively, "Defendants") respectfully request the Court's permission to conventionally file two audio files as evidence in support of their Motion for Summary Judgment.

In the Complaint, *pro se* plaintiffs Jack D. Hernandez ("Hernandez") *d/b/a* Ocean Vibes Music Publishing and Dick Alfredo Cabaellero Rodriguez *a/k/a* Alfr3d Beats ("Plaintiffs") allege that Karol G's hit song "Gatúbela," infringes their copyrighted instrumental musical composition "Punto G" ("Instrumental"). However, as explained in Defendants' Motion for Summary Judgment, Defendants independently created the allegedly infringing beat for "Gatúbela" ***before*** Plaintiffs first published the Instrumental.

In deciding their Motion for Summary Judgment, Defendants respectfully request that the Court listen to the audio files transmitted by DJ Maff on *July 6, 2022* for "Gatubela" and compare those files to the Instrumental first published by Plaintiffs on YouTube on *July 12, 2022*.   While the Instrumental is available on YouTube (https://www.youtube.com/watch?v=706OnufqgnU), the audio files transmitted by DJ Maff are not.  Given that Defendants cannot file the audio files via CM/ECF, Defendants respectfully request that the Court grant permission for Defendants to conventionally file the audio files.  Specifically, Defendants would submit to the Court either a thumb drive or ShareFile link containing true and correct copies of the audio files.

## **LOCAL RULE 7.1 (A) - GOOD FAITH CONFERRAL**

Counsel for Defendants, Brendan Everman, certifies that he conferred with Hernandez on the phone about this motion on January 6, 2026.  Hernandez advised that he was unsure of his position and that he wanted to reserve the right to oppose the relief requested in this motion.

Dated: January 6, 2025   Respectfully submitted,

**PRYOR CASHMAN LLP**
*Attorney for UMG Recordings*, *Inc.*, *Karol G and DJ Maff*
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone No: (786) 582-3012

By: /s/ *James G. Sammataro*
James G. Sammataro
Florida Bar No. 520292
Brendan S. Everman
Florida Bar No. 68702
jsammataro@pryorcashman.com
beverman@pryorcashman.com
ksuarez@pryorcashman.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

*/s/ James G. Sammataro*

James G. Sammataro