UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CV-80338-WPD

JACK D. HERNANDEZ d/b/a OCEAN
VIBES MUSIC PUBLISHING and
DICK ALFREDO CABALLERO RODRIGUEZ
d/b/a ALFR3D BEATS,

                Plaintiffs,

v.

UMG RECORDINGS, INC. d/b/a
UNIVERSAL MUSIC LATINO, *et al*,

                Defendants.

_____/

## ORDER ON MOTION TO QUASH

On February 2, 2026, the Court held a hearing on what I deem Defendants'
Motion to Quash Subpoenas under Federal Rule of Civil Procedure 45(d)(3). Plaintiffs
previously moved to extend the discovery cutoff specifically to serve third-party
subpoenas. ECF No. 75. The Court denied the motion. ECF No. 80. Despite the
Court's order, Plaintiffs issued five subpoenas to third parties via email. During the
hearing, Plaintiffs failed to provide any justification for issuing these subpoenas in
violation of the Court's order. Accordingly, the Court **ORDERS** as follows:

1. Defendants' Motion to Quash is **GRANTED**.

2. No later than **5:00 p.m. February 3, 2026,** Plaintiffs shall serve a copy of this Order via email on all third parties to which they transmitted the subpoenas at issue, and shall copy counsel for Defendants on each email.

3. Pursuant to Federal Rule of Civil Procedure 37(a)(5), Plaintiffs shall pay Defendants' reasonable expenses incurred in making the Motion to Quash, and preparing for and attending the February 2, 2026 discovery hearing. No later than **5:00 p.m. February 16, 2026,** Defendants shall file their fee request. No later than **5:00 p.m. February 23, 2026,** Plaintiffs shall respond to Defendants' fee request.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 2nd day of February, 2026.

BRUCE E. REINHART
United States Magistrate Judge