UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80338-CIV-DIMITROULEAS

JACK D. HERNANDEZ d/b/a OCEAN VIBES
MUSIC PUBLISHING, and DICK ALFREDO
CABALLERO RODRIGUEZ a/k/a ALFR3D BEATS,

                                                                     Magistrate Judge Reinhart

    Plaintiffs,
vs.

UMG RECORDINGS, INC. d/b/a UNIVERSAL
MUSIC GROUP d/b/a UNIVERSAL MUSIC LATINO,
CAROLINA GIRALDO NAVARRO a/k/a KAROL G,
EDWIN VASQUEZ VEGA a/k/a MALDY, MARVIN
HAWKINS RODRIGUEZ a/k/a DJ MAFF, JULIO
MANUEL GONZALEZ TAVAREZ a/k/a LENNY
TAVAREZ, and JUSTIN QUILES,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

The parties were required to complete mediation within sixty (60) days of the start of the two-week trial period. *See* [DE 33]. However, as of the date of this Order, there has been no notification that mediation has been completed.

Accordingly it is **ORDERED AND ADJUDGED** that Plaintiffs, on or before **February 17, 2026**, shall file a mediation report showing the results of the mediation, and if no mediation has occurred, show cause why sanctions, up to and including dismissal, should not be imposed. Failure to respond may result in dismissal of this case.

1

The Clerk is **DIRECTED** to **MAIL** a copy of this Order to Plaintiffs at the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 10th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Jack D. Hernandez d/b/a Ocean Vibes Music Publishing
16133 E. Lancashire
Loxahatchee, FL 33470

Dick Alfredo Caballero Rodriguez a/k/a Alfr3d Beats
El Salvador, La Libertad
Ciudad Marsella Q5, D31