UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.: 9:25-cv-80338-Dimitrouleas/Reinhart

JACK D. HERNANDEZ d/b/a OCEAN VIBES
MUSIC PUBLISHING, and DICK ALFREDO
CABALLERO RODRIGUEZ a/k/a ALFR3D
BEATS,

      Plaintiffs,

v.

UMG RECORDINGS, INC. d/b/a UNIVERSAL
MUSIC GROUP d/b/a UNIVERSAL MUSIC
LATINO, CAROLINA GIRALDO NAVARRO
a/k/a KAROL G, EDWIN VASQUEZ VEGA a/k/a
MALDY, MARVIN HAWKINS RODRIGUEZ
a/k/a DJ MAFF, JULIO MANUEL GONZALEZ
TAVAREZ a/k/a LENNY TAVAREZ, and JUSTIN
QUILES,

      Defendants.
_____/



FILED BY _____ D.C.

FEB 17 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MEDIATION REPORT IN RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs, Jack D. Hernandez d/b/a Ocean Vibes Music Publishing and Dick Alfredo Caballero Rodriguez a/k/a Alfr3d Beats, proceeding pro se, hereby file this Mediation Report in response to the Court's Order to Show Cause dated February 10, 2026 [DE 115], and state as follows:

1. Mediation was conducted on February 16, 2026, via Zoom teleconference, in compliance with the Court's prior Order.

2. The mediation was conducted by Julee L. Milham, Esq.

3. The parties and their respective counsel attended the mediation. Plaintiffs Jack D. Hernandez and Dick Alfredo Caballero Rodriguez were present. Counsel Mr. Brendan Everman appeared on behalf of Defendants. Defendant DJ Maff also appeared. Counsel Mr. Spector also appeared on behalf of Defendant, Karol G.

4. The mediation was undertaken in good faith.

5. Although settlement discussions occurred and a proposed resolution was discussed, the parties did not reach a final settlement agreement.

Accordingly, Plaintiffs respectfully submit that mediation has been completed in compliance with the Court's Order.

Dated: February 17, 2026

                          Respectfully submitted,

                          **JACK D. HERNANDEZ**
                          d/b/a Ocean Vibes Music Publishing
                          *Plaintiff, Pro Se*

                          By: */s/ Jack D. Hernandez*
                          **Jack D. Hernandez**
                          16133 E Lancashire
                          Loxahatchee, Florida 33470
                          Email: jackdariohernandez@gmail.com

                          **DICK ALFREDO CABALLERO RODRIGUEZ**
                          a/k/a ALFR3D Beats
                          *Plaintiff, Pro Se*

                          By: */s/ Dick Alfredo Caballero*
                          **Dick Alfredo Caballero**
                          El Salvador, La Libertad
                          Ciudad Marsella Q5, D31
                          Email: alfr3dmusic@hotmail.com

**DIGITAL SIGNATURE CERTIFICATION:** The undersigned Pro Se Plaintiffs certify that their digital signatures included in this filing are intended to serve as valid signatures for all legal purposes under Federal Rule of Civil Procedure 11 and the Local Rules of the Southern District of Florida.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on February 17, 2026 by electronic mail on counsel of record for Defendants, including:

Brendan Stuart Everman, Esq. at beverman@pryorcashman.com, James George Sammataro, Esq. at jsammataro@pryorcashman.com, Karen I. Suarez, Esq. at ksuarez@pryorcashman.com, and

Pryor Cashman LLP – Docketing at docketing@pryorcashman.com

By: /s/ Jack D. Hernandez
**Jack D. Hernandez**
d/b/a Ocean Vibes Music Publishing
*Plaintiff, Pro Se*
16133 E Lancashire
Loxahatchee, Florida 33470
Email: jackdariohernandez@gmail.com

Date: 02/17/2026