UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.: 9:25-cv-80338-Dimitrouleas/Reinhart

JACK D. HERNANDEZ d/b/a OCEAN VIBES
MUSIC PUBLISHING, and DICK ALFREDO
CABALLERO RODRIGUEZ a/k/a ALFR3D
BEATS,

      Plaintiffs,
v.

UMG RECORDINGS, INC. d/b/a UNIVERSAL
MUSIC GROUP d/b/a UNIVERSAL MUSIC
LATINO, CAROLINA GIRALDO NAVARRO
a/k/a KAROL G, EDWIN VASQUEZ VEGA a/k/a
MALDY, MARVIN HAWKINS RODRIGUEZ
a/k/a DJ MAFF, JULIO MANUEL GONZALEZ
TAVAREZ a/k/a LENNY TAVAREZ, and JUSTIN
QUILES,

      Defendants.
_____/



FILED BY _____ D.C.
FEB 17 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Dick Alfredo Caballero Rodriguez a/k/a Alfr3d Beats and Jack D. Hernandez d/b/a Ocean Vibes Music Publishing, proceeding pro se, respectfully move for voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and state as follows:

1. Plaintiffs initiated this action in good faith based on their belief that substantial similarities existed between Plaintiffs' work "Punto G" and Defendants' work "Gatúbela," and that disputed issues of fact warranted judicial review.

2. Plaintiffs were previously represented by counsel but were unable to continue that representation due to financial constraints and are currently proceeding pro se. Plaintiffs made additional efforts, including seeking pro bono assistance through petition to the Court, but were unable to secure representation.
3. Plaintiffs participated in good-faith settlement efforts, including mediation conducted on February 16, 2026, but no final resolution was reached.
4. Plaintiffs are experiencing significant financial hardship and lack the resources necessary to continue litigating this matter, including retaining expert witnesses and covering other litigation-related expenses.
5. Plaintiffs respectfully submit that dismissal without prejudice at this stage will not result in legal prejudice to Defendants, as no substantive ruling has been entered.
6. No trial has occurred.
7. This request is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiffs respectfully request that the Court dismiss this action without prejudice and order that each party bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: February 17, 2026

Respectfully submitted,

**JACK D. HERNANDEZ**
d/b/a Ocean Vibes Music Publishing
*Plaintiff, Pro Se*

By: /s/ Jack D. Hernandez
**Jack D. Hernandez**
16133 E Lancashire

        Loxahatchee, Florida 33470
        Email: jackdariohernandez@gmail.com

**DICK ALFREDO CABALLERO RODRIGUEZ**
a/k/a ALFR3D Beats
*Plaintiff, Pro Se*

By: */s/ Dick Alfredo Caballero*
**Dick Alfredo Caballero**
El Salvador, La Libertad
Ciudad Marsella Q5, D31
Email: alfr3dmusic@hotmail.com

**DIGITAL SIGNATURE CERTIFICATION:** The undersigned Pro Se Plaintiffs certify that their digital signatures included in this filing are intended to serve as valid signatures for all legal purposes under Federal Rule of Civil Procedure 11 and the Local Rules of the Southern District of Florida.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A) of the United States District Court for the Southern District of Florida, Plaintiffs certify that they have conferred with counsel for Defendants regarding the relief requested in this Motion on 2/17/2026. Defendants do not agree to the relief requested herein.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on February 17, 2026 by electronic mail on counsel of record for Defendants, including:

Brendan Stuart Everman, Esq. at beverman@pryorcashman.com, James George Sammataro, Esq. at jsammataro@pryorcashman.com, Karen I. Suarez, Esq. at ksuarez@pryorcashman.com, and

Pryor Cashman LLP – Docketing at docketing@pryorcashman.com

By: /s/ Jack D. Hernandez
**Jack D. Hernandez**
d/b/a Ocean Vibes Music Publishing
*Plaintiff, Pro Se*
16133 E Lancashire
Loxahatchee, Florida 33470
Email: jackdariohernandez@gmail.com

Date: 02/17/2026