**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No.: 9:25-cv-80338-Dimitrouleas/Reinhart**

JACK D. HERNANDEZ d/b/a OCEAN VIBES
MUSIC PUBLISHING, and DICK ALFREDO
CABALLERO RODRIGUEZ a/k/a ALFR3D
BEATS,

        Plaintiffs,

v.

UMG RECORDINGS, INC. d/b/a UNIVERSAL
MUSIC GROUP d/b/a UNIVERSAL MUSIC
LATINO, CAROLINA GIRALDO NAVARRO
a/k/a KAROL G, EDWIN VASQUEZ VEGA a/k/a
MALDY, MARVIN HAWKINS RODRIGUEZ
a/k/a DJ MAFF, JULIO MANUEL GONZALEZ
TAVAREZ a/k/a LENNY TAVEREZ, and JUSTIN
QUILES,

        Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), *pro se* plaintiffs Dick Alfredo Caballero Rodriguez *a/k/a* Alfr3d Beats and Jack D. Hernandez *d/b/a* Ocean Vibes Music Publishing ("Plaintiffs"), together with defendants UMG Recordings, Inc., Carolina Giraldo Navarro *p/k/a* Karol G, and Marvin Hawkins Rodriguez *p/k/a* "DJ Maff" ("Defendants") (collectively, "Parties"), hereby stipulate that this action is dismissed in its entirety, ***with prejudice***, on the following terms and conditions:

    1.    Defendants will not pay any settlement amount to Plaintiffs.

    2.    Plaintiffs will jointly issue the public apology, attached hereto as **Exhibit 1**, in English and Spanish, by posting it to YouTube, as well Alfr3d Beats' Instagram and Facebook accounts.

3. The Parties shall bear their own attorneys' fees and costs, except that Defendants will cover the full amount of the mediation.

4. All claims, whether known or unknown, possessed by either Plaintiff against any of the Defendants, or by any of the Defendants against either Plaintiffs are forever released and discharged.

5. This Stipulation of dismissal moots Plaintiffs' motion for voluntary dismissal without prejudice (D.E. 127, filed February 17, 2026) and Defendants' Fee Request (D.E. 122).

6. The Court will retain jurisdiction to enforce terms of this Stipulation.

Respectfully Submitted,

| | |
|---|---|
| **JACK D. HERNANDEZ**<br>*d/b/a* Ocean Vibes Music Publishing<br>*Plaintiff, Pro Se*<br><br>By: _____<br>Jack D. Hernandez<br>16133 E Lancashire<br>Loxahatchee, Florida 33470<br>jackdariohernandez@gmail.com<br><br>**DICK ALFREDO CABALLERO RODRIGUEZ**<br>a/k/a ALFR3D Beats<br>*Plaintiff, Pro Se*<br><br>By: _____<br>Dick Alfredo Caballero Rodriguez<br>El Salvador, La Libertad<br>Ciudad Marsella Q5, D31<br>Alfr3dmusic@hotmail.com | **PRYOR CASHMAN LLP**<br><br>By: _____<br>James G. Sammataro<br>Florida Bar No. 520292<br>Brendan S. Everman<br>Florida Bar No. 68702<br>jsammataro@pryorcashman.com<br>beverman@pryorcashman.com<br>ksuarez@pryorcashman.com<br>255 Alhambra Circle, 8th Floor<br>Miami, Florida 33134<br>Telephone No: (786) 582-3012<br>*Attorneys for Defendants* |

3.  The Parties shall bear their own attorneys' fees and costs, except that Defendants will cover the full amount of the mediation.

4.  All claims, whether known or unknown, possessed by either Plaintiff against any of the Defendants, or by any of the Defendants against either Plaintiffs are forever released and discharged.

5.  This Stipulation of dismissal moots Plaintiffs' motion for voluntary dismissal without prejudice (D.E. 127, filed February 17, 2026) and Defendants' Fee Request (D.E. 122).

6.  The Court will retain jurisdiction to enforce terms of this Stipulation.

Respectfully Submitted,

| | |
|---|---|
| **JACK D. HERNANDEZ**<br>*d/b/a* Ocean Vibes Music Publishing<br>*Plaintiff, Pro Se*<br><br>By: _____<br>Jack D. Hernandez<br>16133 E Lancashire<br>Loxahatchee, Florida 33470<br>jackdariohernandez@gmail.com<br><br>**DICK ALFREDO CABALLERO RODRIGUEZ**<br>a/k/a ALFR3D Beats<br>*Plaintiff, Pro Se*<br><br>By: _____<br>Dick Alfredo Caballero Rodriguez<br>El Salvador, La Libertad<br>Ciudad Marsella Q5, D31<br>Alfr3dmusic@hotmail.com | **PRYOR CASHMAN LLP**<br><br>By: *[signature]* _____<br>James G. Sammataro<br>Florida Bar No. 520292<br>Brendan S. Everman<br>Florida Bar No. 68702<br>jsammataro@pryorcashman.com<br>beverman@pryorcashman.com<br>ksuarez@pryorcashman.com<br>255 Alhambra Circle, 8th Floor<br>Miami, Florida 33134<br>Telephone No: (786) 582-3012<br>*Attorneys for Defendants* |

## EXHIBIT A
### (Public Apology)

<u>In English</u>:

"We filed this lawsuit because on a belief that Karol G's hit song "Gatúbela" copied Alfred's musical work "Punto G," which was published on YouTube on July 12, 2022. During discovery, defendants provided evidence, including sessions files, that establish that DJ Maff independently created the beat months earlier and that Karol G recorded "Gatúbela" two weeks before "Punto G" was published. Given this evidence, we have decided to dismiss our lawsuit and wish to sincerely apologize to Karol G and DJ Maff for our mistaken claims and public allegations. We were wrong. We wish the best for Karol G, DJ Maff, and the other defendants."

<u>In Spanish</u>:

Inicialmente, presentamos esta demanda porque creíamos que el éxito de Karol G, "Gatúbela", copiaba la obra musical de Alfred, titulada "Punto G", que fue publicada en YouTube el 12 de julio de 2022. Durante la fase de "descubrimiento de evidencia" en el litigio, los demandados aportaron pruebas, incluyendo archivos de sesiones, que establecen que DJ Maff creó la canción de forma independiente meses antes de que "Punto G" fue creada, y que Karol G grabó "Gatúbela" dos semanas antes de la publicación de "Punto G." Ante esta evidencia, hemos decidido desestimar la demanda y ofrecemos nuestras más sinceras disculpas a Karol G y DJ Maff por nuestras afirmaciones erróneas y acusaciones públicas. Nos equivocamos. Les deseamos lo mejor a Karol G, DJ Maff y a los demás demandados.