UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80338-CIV-DIMITROULEAS

JACK D. HERNANDEZ d/b/a OCEAN VIBES
MUSIC PUBLISHING, and DICK ALFREDO
CABALLERO RODRIGUEZ a/k/a ALFR3D BEATS,

Magistrate Judge Reinhart

    Plaintiffs,
vs.

UMG RECORDINGS, INC. d/b/a UNIVERSAL
MUSIC GROUP d/b/a UNIVERSAL MUSIC LATINO,
CAROLINA GIRALDO NAVARRO a/k/a KAROL G,
EDWIN VASQUEZ VEGA a/k/a MALDY, MARVIN
HAWKINS RODRIGUEZ a/k/a DJ MAFF, JULIO
MANUEL GONZALEZ TAVAREZ a/k/a LENNY
TAVAREZ, and JUSTIN QUILES,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal with Prejudice [DE 129], (the "Stipulation"), filed herein on February 18, 2026. The Court has considered the Stipulation and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 129] is **APPROVED**;

2. This case is hereby **DISMISSED** with prejudice;

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 19th day of February, 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record and *pro se* parties